**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 24-cv-61409-Smith/Hunt

PASCALE MENARD,

Plaintiff,

v.

MALIBU LOVE & CARE HEALTHCARE AGENCY, INC.,
ALCIRA JACQUELINE UBEDA, and
GINO RAY PARRAM,

Defendants.
_______________________________________________/

**JOINT MOTION TO APPROVE SETTLEMENT**
**AND FAIRNESS HEARING**
**AND RESPONSE TO ORDER**

Plaintiff PASCALE MENARD and Defendants MALIBU LOVE & CARE HEALTHCARE AGENCY, INC. and GINO RAY PARRAM, through the undersigned counsel and pursuant to the Court's Notice of Court Practice in Fair Labor Standards Act Cases and Referral to Magistrate Judge for Settlement Conference and Fairness Hearing [ECF No. 9] and Order [ECF No. 42], respectfully request the Court approve the Parties' settlement and dismiss all claims with prejudice conditioned on the Court retaining jurisdiction to enforce the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). In support, the Parties state the following:

1. In the Eleventh Circuit, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or approved by the District Court. *See Lynn's Food Stores, Inc. v. U.S. Department of Labor*, 679 F.2d at 1350 (11th Cir. 1982). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* 1354. If the settlement meets these criteria, the Court should approve

the settlement to promote the policy of encouraging settlement of litigation. *Id.*; *see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

2. Defendants contend that Plaintiff was paid for every hour she worked, all compensation that was due, and deny that Plaintiff is entitled to any compensation. If this case proceeded to trial, Plaintiff may not have recovered any amount. To avoid the risk, cost, delay, and distraction of continued litigation, the Parties have agreed to this settlement.

3. The parties only recently were able to finalize the terms of their written Settlement Agreement and, with the filing of this motion, are requesting the Honorable Magistrate Judge Patrick M. Hunt conduct a fairness hearing. There was no intentional or dilatory conduct.

WHEREFORE, the Parties respectfully requests (1) a fairness hearing before the Honorable Magistrate Judge Patrick M. Hunt, (2) an Order approving the Parties' Settlement Agreement as a fair and reasonable resolution of disputed claims, (3) dismissing this case with prejudice conditioned on the Court retaining jurisdiction to enforce the Parties' Settlement Agreement, and (4) find good cause not to impose sanctions on anyone.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334
Tel: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot Kozolchyk*
Elliot Kozolchyk, Esq.
Florida Bar No. 74791
*Attorney for Plaintiff*

Law Offices of Douglas J. Jeffrey, P.A.
6625 Miami Lakes Drive East, Suite 365
Miami Lakes, Florida 33014
Tel: (305) 828-4744
Fax: (305) 828-4178
Email: dj@jeffreylawfirm.com

*/s/ Douglas J. Jeffrey*
Douglas J. Jeffrey, Esq.
Florida Bar No. 149527
*Attorney for Defendants Malibu Love & Care Healthcare Agency, Inc. and Gino Ray Parram*